1 | Andrew J. Stunich #197698
**PERLMAN STUNICH**
2 | 2701 Harrison Ave., Suite 1
Eureka, CA 95502-1248
3 | Telephone: (707) 442-2927
Fax No.: (707) 443-2747
4
Attorneys for plaintiff
5 | Qing Han dba Yen Ching Restaurant

6

7
                        UNITED STATES DISTRICT COURT
8                      NORTHERN DISTRICT OF CALIFORNIA

9
QING HAN DBA YEN CHING                      Case No. 15-cv-02184EMC
10 | RESTAURANT
                                            NOTICE OF SETTLEMENT
11
              Plaintiff,                    ORDER RESETTING CMC
12
     vs.
13
NATIONWIDE MUTUAL INSURANCE
14 | COMPANY, ALLIED INSURANCE,
AMCO INSURANCE, and DOES 1 to 50,
15
              Defendants.
16 | _____/

17       TO THE COURT AND ALL PARTIES:

18       The above entire case has been settled. A Request for Dismissal will be filed within

19 | 45 days.

20       The next scheduled hearing is a Case Management Conference set for January 14,

21 | 2016 at 10:30a.m.

22

23 | Dated: January 11, 2016                 PERLMAN & STUNICH

24
IT IS SO ORDERED that the Status
25 | is reset from 1/14/16 to 3/24/16 at     By: _Andrew Stunich_
10:30 a.m. An updated Joint Status
26 | Report shall be filed by 3/17/16. The
3/24/16 Status will be vacated once         ANDREW J. STUNICH,
27 | a stipulation for dismissal is filed
                                            Attorney for Plaintiff
28 | Edward M. Chen, U.S. District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Notice of Settlement