MARC S. HINES (SBN 140065)
mhines@hineshamptonllp.com
CHRISTINE M. EMANUELSON (SBN 221269)
cemanuelson@hineshamptonllp.com
BRIAN PELANDA (SBN 278453)
bpelanda@hineshamptonllp.com
**HINES HAMPTON LLP**
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.:   (714) 513-1122
Fax:   (714) 242-9529

Attorneys for Defendants, NATIONWIDE MUTUAL INSURANCE COMPANY, erroneously sued herein as Nationwide Insurance; ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, erroneously sued herein as Allied Insurance; and AMCO INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| QING HAN DBA YEN CHING RESTAURANT,<br><br>          Plaintiff,<br><br>     vs.<br><br>NATIONWIDE INSURANCE, ALLIED INSURANCE, AMCO INSURANCE COMPANY, and DOES 1 to 50,<br><br>          Defendants. | Case Number: 15-cv-02184-EMC<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
|---|---|

THE PARTIES IN THE ABOVE-ENTITLED ACTION, Plaintiff QING HAN DBA YEN CHING RESTAURANT and Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, erroneously sued herein as Nationwide Insurance; ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, erroneously sued herein as Allied Insurance; and AMCO INSURANCE COMPANY, by and through their attorneys of record, having entered into a written confidential settlement

agreement, and pursuant to *Federal Rules of Civil Procedure* 41(a), hereby stipulate and agree to dismiss the above-captioned case in its entirety with prejudice.

The parties have agreed that each side shall bear its own costs and fees.

Dated: February 5, 2016  **PERLMAN & STUNICH**

By: /s/ *Andrew J. Stunich*
Andrew J. Stunich
Attorney for Plaintiff
QING HAN DBA YEN CHING RESTAURANT

Dated: February 8, 2016  **HINES HAMPTON LLP**

By: /s/ *Brian Pelanda*
Marc S. Hines
Christine M. Emanuelson
Brian Pelanda
Attorney for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY, ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, AND AMCO INSURANCE COMPANY

ORDER

Pursuant to the Stipulation between the parties, it is hereby ordered that the above-entitled action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 2/10/16

Honorable Ju[dge]
United States

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on February 5, 2016, I received concurrence from Plaintiff's counsel, Andrew J. Stunich, to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 8, 2016

/s/ *Brian Pelanda*
Brian Pelanda